UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STACY D. SLOAN, | ) | CASE NO. 1:24-CV-02079 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE POLICE OFFICER, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

The Court is in receipt of the Stipulation and Order of Dismissal with Prejudice as to Defendants Andrew Blubaugh and Matthew Holdridge (Doc. 41) and the Stipulation and Order of Dismissal with Prejudice as to all remaining Defendants, including Defendant Dan Chafin (Doc. 42). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice. Each party to bear their own costs.

**IT IS SO ORDERED.**

Date: January 21, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE